IN THE COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO

| | |
|---|---|
| HAROLD BRUCKER, et al., | ) CASE NO.: G-4801-CI-0201505074-000 |
| Plaintiffs, | ) JUDGE DEAN P. MANDROS |
| vs. | ) |
| CBS CORPORATION, et al., | ) **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF VARIOUS DEFENDANTS WITHOUT PREJUDICE** |
| Defendants. | ) |

Pursuant to Civ. R. 41(A) Plaintiffs, by and through counsel, herein voluntarily dismiss Defendants CLA-Val Co., Crane Environmental and Velan Valve Corporation, only, without Prejudice.

The claims against the remaining Defendants are to remain in full force and effect.

Respectfully submitted,

/s/ Christopher J. Hickey

Christopher J. Hickey, Esq. (0065416)
MCDERMOTT & HICKEY, LLC
20525 Center Ridge Road, Suite 200
Rocky River, OH 44116
Telephone: (216) 712-7452
Email: chip@mcdermotthickeylaw.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on upon all counsel of record this 11th day of January 2016.

Christopher J. Hickey, Esq. (0065416)
MCDERMOTT & HICKEY, LLC
Attorney for Plaintiffs