IN THE COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO

| | |
|---|---|
| HAROLD BRUCKER, et al., | ) CASE NO.: G-4801-CI-0201505074-000 |
| Plaintiffs, | ) JUDGE GARY G. COOK |
| vs. | ) |
| CBS CORPORATION, et al., | ) **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VIAD CORPORATION, ONLY, WITHOUT PREJUDICE** |
| Defendants. | ) |

Pursuant to Civ. R. 41(A) Plaintiffs, by and through counsel, herein voluntarily dismiss Defendant Viad Corporation, only, without prejudice.

The claims against the remaining Defendants are to remain in full force and effect.

Respectfully submitted,

_____
Christopher J. Hickey, Esq. (0065416)
MCDERMOTT & HICKEY, LLC
20525 Center Ridge Road, Suite 200
Rocky River, OH 44116
Telephone: (216) 712-7452
Email: chip@mcdermotthickeylaw.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on upon all counsel of record this 28th day of January 2016.

Christopher J. Hickey, Esq. (0065416)
MCDERMOTT & HICKEY, LLC
Attorney for Plaintiffs