IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE BRUCKER, Individually and as Personal Representative of the Estate of HAROLD BRUCKER, Deceased | ) ) ) ) | Civil Action No. 3:16-cv-00206 |
| Plaintiff, | ) ) | JUDGE JEFFREY J. HELMICK |
| vs. | ) ) ) ) | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF VARIOUS DEFENDANTS |
| CBS CORPORATION, et al. | ) ) | WITHOUT PREJUDICE |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1)(A) Plaintiff, by and through counsel, herein voluntarily dismisses Defendants Clark Industrial Insulation Co., CBS Corporation, Foster Wheeler Energy Corporation, DeLaval, Inc., Ingersoll-Rand Company, The William Powell Company, and Read Seal Electric Company, only, without prejudice.

The claims against the remaining Defendants are to remain in full force and effect.

Respectfully submitted,

**DEAN OMAR & BRANHAM, LLP**
*/s/ Benjamin D. Braly*
Benjamin D. Braly *(Admitted Pro Hac Vice)*
3900 Elm Street
Dallas, Texas 75226
T:(214) 722-5990
F:(214) 722-5991
and
Christopher J. Hickey, Esq. (0065416)
**MCDERMOTT & HICKEY, LLC**
20525 Center Ridge Road, Suite 200
Rocky River, OH 44116
Telephone: (216) 712-7452
Email: chip@mcdermotthickeylaw.com

**COUNSEL FOR PLAINTIFF**

So Ordered.

S/ Jeffrey J. Helmick
United States District Judge

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Various Defendants was filed with the United States District Court, Northern District of Ohio, Western Division, via the Court's electronic filing system on the 20th day of October, 2016 and served upon all parties of record via the Court's electronic filing system.

/s/ Benjamin D. Braly
Benjamin D. Braly