## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CHRISTINE BRUCKER, Individually and as )    Civil Action No. 3:16-cv-00206
Personal Representative of the Estate of   )
HAROLD BRUCKER, Deceased                   )    JUDGE JEFFREY J. HELMICK
                                           )
           Plaintiff,                       )
                                           )    PLAINTIFF'S NOTICE OF
vs.                                        )    VOLUNTARY DISMISSAL OF
                                           )    DEFENDANT IMO INDUSTRIES,
                                           )    INC. WITH PREJUDICE
CBS CORPORATION, et al.                    )
                                           )
           Defendants.                      )

        Pursuant to Rule 41(a)(1)(A) Plaintiff, by and through counsel, herein voluntarily dismisses Defendants IMO INDUSTRIES, INC., only, with prejudice.

        The claims against the remaining Defendants are to remain in full force and effect.

        Respectfully submitted,

**DEAN OMAR & BRANHAM, LLP**

*/s/ Rachel C. Moussa*
Benjamin D. Braly *(Admitted Pro Hac Vice)*
Rachel C. Moussa *(Admitted Pro Hac Vice)*
3900 Elm Street
Dallas, Texas 75226
T:(214) 722-5990
F:(214) 722-5991
and
Christopher J. Hickey, Esq. (0065416)
**MCDERMOTT & HICKEY, LLC**
20525 Center Ridge Road, Suite 200
Rocky River, OH 44116
Telephone: (216) 712-7452
Email:  chip@mcdermotthickeylaw.com

**COUNSEL FOR PLAINTIFF**

So Ordered.

S/ Jeffrey J. Helmick
United States District  Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant IMO INDUSTRIES, INC. was filed with the United States District Court, Northern District of Ohio, Western Division, via the Court's electronic filing system on the 27th day of February, 2017 and served upon all parties of record via the Court's electronic filing system.

*/s/ Rachel C. Moussa*
Rachel C. Moussa