## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD BRUCKER, et al, | ) | CASE NO.  3:16-cv-00206 |
| | ) | |
| Plaintiffs, | ) | JUDGE JEFFREY HELMICK |
| | ) | |
| vs. | ) | PLAINTIFF'S MOTION FOR VOLUNTARY |
| | ) | DISMISSAL OF DEFENDANT WEIR |
| CBS CORPORATION, et al., | ) | VALVES & CONTROLS USA, INC. DBA |
| | ) | ATWOOD & MORRILL CO., INC. WITH |
| Defendants. | ) | PREJUDICE |
| | ) | |

Pursuant to Rule 41(a)(2) Plaintiff, by and through counsel, hereby moves this Court for an Order voluntarily dismissing Defendant Weir Valves & Controls USA, Inc. dba Atwood & Morrill Co., Inc., with prejudice, each party to bear its own costs.

The claims against the remaining Defendants are to remain in full force and effect.

Respectfully Submitted,

Benjamin D. Braly (Admitted Pro Hac Vice)
Rachel C. Moussa (Admitted Pro Hac Vice)
DEAN OMAR & BRANHAM, LLP
302 N. Market St., Suite 300
Dallas TX 75202
T: (214) 722-5990
F: (214) 722-5991

And

Christopher J. Hickey, Esq. (0065416)
MCDERMOTT & HICKEY, LLC
20525 Center Ridge Road, Suite 200
Rocky River, OH 44116
Telephone: (216) 712-7452
Email: chip@mcdermotthickeylaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June ___19th___, 2017 a copy of the foregoing "Plaintiff's Motion For Voluntary Dismissal of Defendant Weir Valves & Controls USA, Inc. dba Atwood & Morrill Co., Inc. With Prejudice" was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Rachel C. Moussa
One of the Attorneys for Plaintiff