UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Harold Brucker, et al.,                                Case No. 3:16-cv-206

            Plaintiffs

    v.                                           JUDGMENT ENTRY

CBS Corporation, et al.,

            Defendants

For the reasons stated in the Memorandum Opinion filed concurrently, the motion for summary judgment filed by Defendant Crane Co. is granted. (Doc. No. 95).

                                                 s/ Jeffrey J. Helmick
                                                 United States District Judge