So Ordered.

s/Jeffrey J. Helmick
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CHRISTINE BRUCKER,** Individually and as Personal Representative of the Estate of **HAROLD BRUCKER,** Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CBS CORPORATION, *et al.*, <br><br> Defendants. | 3:16-cv-00206-JJH <br><br> Lucas County Cause No. G-4801-0201505074-000 <br><br> JUDGE JEFFREY J. HELMICK |

## PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY

Pursuant to Rule 41(a)(1)(A) Plaintiff, by and through counsel of records Dean Omar Branham Shirley, LLP herein voluntarily dismisses Defendant General Electric Company with prejudice.

Respectfully submitted,

*/s./ Christopher J. Hickey*
Christopher J. Hickey, Esq. (0065416)
**MCDERMOTT & HICKEY, LLC**
20525 Center Ridge Road, Suite 200
Rocky River, OH 44116
Telephone: (216) 712-7452
Email: chip@mcdermotthickeylaw.com

**DEAN OMAR & BRANHAM, LLP**
Benjamin D. Braly (*Admitted Pro Hac Vice*)
TX State Bar No. 24047574
302 N. Market St., Ste 300
Dallas, Texas 75202
(214) 722-5990 /(214) 722-5991 (Fax)
**ATTORNEYS FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal with Prejudice of Defendant General Electric Company was filed with the United States District Court, Northern District of Ohio, Western Division, via the court's electronic filing system on the 22nd day of February 2019 and served upon all counsel of record via the court's electronic filing system.

      /s/Benjamin D. Braly
      Benjamin D. Braly