**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| CHRISTINE BRUCKER, Individually and as Personal Representative of the Estate of HAROLD BRUCKER, Deceased, | } } } } } | Case No. 3:16-cv-00206-JJH |
| Plaintiffs, | } } | JUDGE JEFFREY J. HELMICK |
| v. | } } | |
| CBS CORPORATION, et al., | } } | |
| Defendants. | } } } | |

**DEFENDANT CRANE CO.'S NOTICE OF
VOLUNTARY DISMISSAL OF CROSS-CLAIMS**

Pursuant to Fed. R. Civ. P. 41(c), Defendant Crane Co., by and through its counsel of record, hereby voluntarily dismisses its asserted cross-claims in their entirety as against all parties. This Honorable Court granted Crane Co.'s Motion for Summary Judgment on February 12, 2019 (see Docket Nos. 107 and 108). Because this matter was not resolved as to all parties, Crane Co. subsequently filed a Fed. R. Civ. P. 54(B) Motion for Journal Entry on February 22, 2019 (see Docket No. 110). In the event that this matter is resolved as to all claims and parties, Crane Co. acknowledges that its Motion for Journal Entry would be moot.

1

    Respectfully submitted,

    SWARTZ CAMPBELL LLC

Dated: March 1, 2019     /s/ Michele L. Larissey
    MICHELE L. LARISSEY (0073478)
    700 West St. Clair Ave., Suite 320
    Cleveland, Ohio 44113
    Phone: 216-685-9188
    Fax: 216-685-9293
    e-mail: mlarissey@swartzcampbell.com

    *Attorney for Defendant Crane Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Defendant Crane Co.'s Notice of Voluntary Dismissal of Cross-Claims* was filed with the court and served electronically on all counsel of record via the court's electronic filing system on this 1st day of March, 2019, pursuant to the rules of court.

                                      Respectfully submitted,

                                      SWARTZ CAMPBELL LLC

Dated: March 1, 2019                   /s/ Michele L. Larissey
                                                  MICHELE L. LARISSEY (0073478)
                                                  700 West St. Clair Ave., Suite 320
                                                  Cleveland, Ohio 44113
                                                  Phone: 216-685-9188
                                                  Fax: 216-685-9293
                                                  e-mail: mlarissey@swartzcampbell.com

                                                  *Attorney for Defendant Crane Co.*