# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **CHRISTINE BRUCKER,** Individually and as Personal Representative of the Estate of **HAROLD BRUCKER,** Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CBS CORPORATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 3:16-cv-00206-JJH <br><br> Lucas County Cause No. G-4801-0201505074-000 <br><br> **JUDGE JEFFREY J. HELMICK** |

## PLAINTIFFS' NOTICE OF SETTLEMENT AND DISMISSAL AS TO ALL REMAINING DEFENDANTS

NOW COMES Plaintiff, by and through counsel of record Dean Omar Branham Shirley, LLP, hereby give notice that their case is settled and dismissed as to all defendants.

Respectfully submitted,

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

*/s./ Christopher J. Hickey*
Christopher J. Hickey, Esq. (0065416)
**MCDERMOTT & HICKEY, LLC**
20525 Center Ridge Road, Suite 200
Rocky River, OH 44116
Telephone: (216) 712-7452
Email: chip@mcdermotthickeylaw.com

*/s./ Benjamin D. Braly*
Benjamin D. Braly (*Admitted Pro Hac Vice*)
TX State Bar No. 24047574
**DEAN OMAR & BRANHAM, LLP**
302 N. Market St., Ste 300
Dallas, Texas 75202
(214) 722-5990 /(214) 722-5991 (Fax)
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Notice of Settlement and Dismissal as to All Remaining Defendants was filed with the United States District Court, Northern District of Ohio, Western Division, via the court's electronic filing system on the 30th day of July 2019 and served upon all counsel of record via the court's electronic filing system.

/s/ Benjamin D. Braly
Benjamin D. Braly